1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

**FILED**

JUL 28 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


2:05-CR-0306 EG

UNITED STATES OF AMERICA,          )  CR. No. S-
                                   )
            Plaintiff,             )  ORDER TO SEAL
                                   )  (UNDER SEAL)
       v.                          )
                                   )
SUNDEEP DHARNI,                    )
                                   )
            Defendant.             )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney KENNETH J. MELIKIAN to Seal the Indictment, and Order in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: 7/28/05

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

**SEALED**