1 McGREGOR W. SCOTT
United States Attorney
2 KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2754

FILED

NOV - 9 2005

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR NO. S-05-0306 EJG |
| | ) |
| v. | ) ORDER |
| | ) |
| SUNDEEP DHARNI, | ) |
| Defendant. | ) |

Petition having been made to the Court to unseal the above-enumerated indictment and the Court having considered the petition and finding good cause therefore;

IT IS HEREBY ORDERED that the indictment enumerated above, the Petition to Seal, and the Court's Order sealing the indictment be unsealed.

DATED: November 9, 2005

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE