**ROBERT D. BLASIER**
Attorney at Law
State Bar No. 47480
3600 Piedra Montana Rd.
El Dorado Hills, California 95762
Telephone: (916) 933-7289
Facsimile: (916) 933-7452
Email: **bobblasier@aol.com**

Attorney for Defendant
SUNDEEP DHARNI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>SUNDEEP DHARNI,<br><br>         Defendant. | CR. S-05-306 EJG<br><br>**STIPULATION AND ORDER - TO CONTINUE STATUS CONFERENCE TO JULY 21, 2006, THE NEXT AVAILABLE FRIDAY THE COURT WILL BE IN SESSION** |

On July 3rd, 2006, at 4:44 P. M., the court issued an order that both defense counsel and the defendant be present for the status conference scheduled for Friday day, July 7th, 2006. Because of the July 4th holiday, defense counsel did not receive this email notification until the morning of July 5th. The defendant has a waiver of personal appearance on file and currently resides in Tennessee.

Not aware that the court would order him to appear in California, the defendant had previously paid $1200 for a contractor's course in Tennessee which would be lost were he to have to come to California for Friday, July 7th.

Further, the cost of requiring the defendant to fly across the country on less than 48 hours notice is approximately $1,000. Therefore if he is required to come to California, it will, in effect cost him $2,200. The defendant certainly will comply with whatever the court orders, but he is requesting that this matter go over until the next available Friday so that he can attend the class he previously paid for and so that he can purchase a less expensive ticket from Tennessee to California.

Therefore it is stipulated and agreed by defense counsel and the prosecution that the status

conference currently scheduled for July 7th, 2006 may be continued until the next available Friday court date, which according to the clerk is July 21, 2006.

SO STIPULATED:

Dated:  July 5, 2006                              /s/ Robert D.  Blasier
                                                  ROBERT D. BLASIER
                                                  Attorney for Defendant


Dated: July 5, 2006                               __/s/_Kenneth Melikian__
                                                  AUSA       Kenneth Melikian




SO ORDERED BY THE COURT:


Dated:  July 5, 2006                              /s/ Edward J. Garcia, Judge
                                                  Hon. Edward Garcia