UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Sundeep DHARNI**
Docket Number:  2:05CR00306
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 21, 2007, to October 5, 2007, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer has not received all the information needed to complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Karen A. Meusling
Supervising United States Probation Officer

FILED
AUG 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Dated: August 16, 2007
Sacramento, California
KAM:kam

Attachment

cc: Clerk, United States District Court
R. Steven Lapham, Kenneth Melikian, Assistant United States Attorneys
United States Marshal's Office
Eric Chase, Defense Counsel

RE:   Sundeep DHARNI
      Docket Number:  2:05CR00306
      <u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>

✓ Approved

___ Disapproved

_____       8/17/07
EDWARD J. GARCIA
Senior United States District Judge        Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:05CR00306 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Sundeep DHARNI** | |
| **Defendant.** / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/05/2007 @ 10 a.m.; |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/28/2007; |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/21/2007; |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/14/2007; |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/31/2007. |