**MEMORANDUM AND ORDER (AS MODIFIED)**

**TO:**     Colleen Lydon
           U.S. District Court Clerk

**FROM:**   Kenneth J. Melikian
           Assistant U.S. Attorney

**RE:**     <u>United States v. Sundeep Dharni</u>,
           CR. No. S-05-306 EJG

**DATE:**   September 19, 2007

I am writing this memorandum to request, on behalf of the defendant and the government, that the judgment and sentencing in the above case be continued from October 5, 2007, to November 2, 2007, at 10:00 a.m.  The defendant intends to file informal objections to the presentence report, and continuing the sentencing date will permit him to do so in a timely fashion.

The following schedule is requested by both parties:

| | |
|---|---|
| Judgment and Sentencing | November 2, 2007 |
| Motion for Correction of Presentence Report | October 19, 2007 |
| Presentence Report filed with Court | October 12, 2007 |
| Informal Objections to Probation Officer | October 5, 2007 |

Additionally, the defendant has advised that he would also like to continue the hearing on his motion for release from September 21, 2007, to November 2, 2007, at 10:000 a.m.

If you should have any questions, please do not hesitate to call. Thank you very much for your assistance.

<u>September 20, 2007</u>                    /s/ Edward J. Garcia
Dated                                        Honorable Edward J. Garcia
                                             United States District Court


D