

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA

Plaintiff(s),

Case No. 2:05cr00306-01

v.

SUNDEEP DHARNI

Defendant(s).

I, <u>James H. Feldman, Jr.</u>, attorney for the defendant, Sundeep Dharni, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Offices of Alan Ellis |
| Address: | 50 Rittenhouse Place |
| City: | Ardmore |
| State: | PA   ZIP Code: 19003 |
| Voice Phone: | <u>(610) 658-2255</u> |
| FAX Phone: | <u>(610) 649-8362</u> |
| Internet E-mail: | AELaw2@aol.com |
| Additional E-mail: | |
| I reside in City: | Ardmore   State: PA |

I was admitted to practice in the <u>Supreme Court of Pennsylvania</u> (court) on <u>July 23, 1982</u> (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Eric A. Chase

Firm Name: The Chase Law Group, P.C.

Address: 4181 Sunswept Drive, Suite 100

City: Studio City

State: CA   ZIP Code: 91604

Voice Phone: (818) 487-7400

FAX Phone: (818) 487-7414

E-mail: Ericc@Thebestdefense.com

Dated: 10-29-07   Petitioner: _____
James H. Feldman, Jr.

**ORDER**

IT IS SO ORDERED.

Dated: 11/1/07   _____
JUDGE, U.S. DISTRICT COURT