IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CIV NO. S-10-2934 EJG
                                      CR. NO. S-05-0306 EJG
    v.

SUNDEEP DHARNI,                <u>ORDER DIRECTING UNITED STATES
                                                 TO FILE A RESPONSE</u>
        Defendant.
_____/

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.[1]  The United States is directed to file a response to the motion within 30 days from the filing date of this order.  Defendant may file a reply within 30 days after service of the response upon him.

    IT IS SO ORDERED.

Dated: November 8, 2010

                                        <u>/s/ Edward J. Garcia      </u>
                                        U. S. DISTRICT JUDGE

---

[1] The motion was filed October 29, 2010, more than one year after the conviction was affirmed on appeal (March 30, 2009). However, the limitations period does not begin to run until a conviction is final. A judgment of conviction becomes final after judgment has been entered, the availability of appeal has been exhausted, and the time for filing a certiorari petition has elapsed or the petition has been denied. <u>Griffith v. Kentucky</u>, 107 S.Ct. 708, 712, n.6 (1987). In the instant case, the one-year statute of limitations began to run November 2, 2009, when the petition for a writ of certiorari was denied by the Supreme Court of the United States.