IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SUNDEEP DHARNI,

        Defendant.
_____/

CR. NO. S-05-0306 EJG

ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

    Defendant, a federal prisoner proceeding pro se, has filed a Notice of Appeal from this court's March 31, 2011 order denying his § 2255 motion to vacate, set aside or correct his sentence. He has also filed a request for a certificate of appealability, which certificate must be issued before defendant can appeal the decision. See Fed. R. App. P. 22(b). Such certification may issue "only if [defendant] has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b)(1).

For all of the reasons stated in the court's March 31, 2011 order, defendant has not made a substantial showing of the denial of a constitutional right.  Accordingly, the motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated: June 6, 2011

<u>/s/Edward J. Garcia</u>
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT