QUIN DENVIR, State Bar No. 49374
Attorney at Law
1614 Orange Lane
Davis, California 95616
Telephone: (916) 307-9108
Fax: (916) 444-2768
E-mail: federaldenvir@gmail.com

Attorney for Defendant-Appellant
SUNDEEP DHARNI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　　vs.<br><br>SUNDEEP DHARNI,<br><br>　　　　　Defendant-Appellant. | D.C. No. CIV-S-10-2934-EJG<br>D.C. No. CR-05-306-EJG<br>C.A. No 11-16438<br><br>**APPLICATION FOR LEAVE TO FILE OUT-OF-TIME PLEADING AND [PROPOSED] ORDER** |

　　　Defendant hereby requests leave to file his reply to the government's opposition to the bail motion. The government's opposition was filed on January 4, 2013, and the reply was due by January 11, 2013. Defendant's counsel was out of state from January 2 through January 9, 2013. Counsel for the government does not oppose this application.

Dated: January 14, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Quin Denvir*　　　　
　　　　　　　　　　　　　　　　　　　　　QUIN DENVIR
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant-Appellant
　　　　　　　　　　　　　　　　　　　　　SUNDEEP DHARNI

**O R D E R**

   **IT IS SO ORDERED.**

DATED:  January 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE