UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

  v.

SUNDEEP DHARNI,

    Defendant/Petitioner.

_____/

NO. CR. 2:05-306 WBS

ORDER RE: MOTION FOR RELEASE PENDING APPEAL

----oo0oo----

Pursuant to the Order of the Court of Appeals (Docket No. 168), IT IS HEREBY ORDERED that defendant's motion for release on bail pending appeal pursuant to Rule 23(b) be, and the same hereby is, GRANTED; and this matter is hereby referred to the magistrate judge for determination of the appropriate conditions of release.

DATED: March 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1