UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNDEEP DHARNI,<br><br>　　　　Defendant. | CR. NO. 2:05-00306 WBS<br>CIV. NO.2:10-02934 WBS<br><br>Ninth Circuit Case No.<br>　　　11-16438<br><br>**ORDER** |

----oo0oo----

On July 2, 2014, this court received the Order of the Court of Appeals remanding this matter to this court for the limited purpose of (1) allowing the parties to supplement the record with evidence concerning the scope of the courtroom closure and (2) this court making findings of fact on whether spectators had an opportunity to reenter the courtroom during voir dire, including whether seats in fact opened up and, if so, whether spectators would have been aware of the vacancies, and whether this court and its officials would have allowed spectators to reenter during voir dire.

1

            The court was awaiting receipt of a mandate from the Court of Appeals before acting on this Order.  When a mandate was not received, the Clerk of this court contacted the Docket Clerk of the Court of Appeals on August 15, 2014, and was informed that a mandate would issue 52 days after the date of the Order, which would be August 25, 2014.  On September 2, 2014, when this court still had not received the mandate, the Clerk again contacted the Docket Clerk of the Court of Appeals, and was informed that no mandate would be issued.  The court will accordingly now proceed to comply with the Order.  Any delay in this matter is not the responsibility of this court.

            This matter is set for Status Conference on September 8, 2014, at 9:30 a.m.

            IT IS SO ORDERED.

Dated:  September 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2