1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:05-CR-306 WBS

12                        Plaintiff,      STIPULATION AND ORDER CONCERNING
                                          PRETRIAL SERVICES INFORMATION
13              v.

14 SUNDEEP DHARNI,

15                        Defendants.

16

17      Plaintiff and Defendant, by their attorneys, stipulate and agree that the parties are in the process

18 of exploring ways to obviate the need for an evidentiary hearing in this case and require additional time

19 to complete the process.

20      In order to facilitate the process, the parties agree that the government shall have access to the

21 files of the Pretrial Services Office (PTS) and further agree that the appropriate Pretrial Services

22 Officer(s) shall brief the attorney for the government on the defendant's performance under PTS

23 supervision.  Defendant waives his right to confidentiality of PTS information under 18 U.S.C. §

24 3153(c) for those purposes only, and the parties request that the Court order PTS to provide the

25 //

26 //

27 //

28 //

                                          1
   STIPULATION AND ORDER CONCERNING PRETRIAL
   SERVICES INFORMATION

1  government access to those files and brief the attorney for the government on the defendant's

2  performance under PTS supervision.  The matter shall remain on calendar for status conference on

3  November 3, 2014 at 9:30 a.m.

4                                          Respectfully submitted,

5  Dated:  October 21, 2014               BENJAMIN B. WAGNER
                                          United States Attorney
6

7                                  By:    /s/ MATTHEW D. SEGAL
                                          MATTHEW D. SEGAL
8                                         Assistant United States Attorney

9

10                                        /s/ Quin Denvir
   Dated:  October 21, 2014               QUIN DENVIR
11                                        Attorney for Defendant

12

13  SO ORDERED.

14
   Dated:  October 21, 2014
15

16  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONCERNING PRETRIAL
SERVICES INFORMATION