BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-306 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [ORDER] TO CONTINUE |
| v. | |
| SUNDEEP DHARNI, | |
| Defendants. | |

    Plaintiff and Defendant, by their attorneys, stipulate and agree that the Court should continue the status conference in this case to December 8, 2014 at 9:00 a.m.. The parties are in the process of exploring ways to obviate the need for an evidentiary hearing in this case and require additional time to complete the process. The Government has met with Pretrial Services and reviewed records, but is seeking additional records related to Defendant's performance on release.

//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE    1

The parties also require additional time to conduct legal research and analysis of a possible agreed-upon course of action. There is no need for a Speedy Trial Act exclusion because that statute does not apply in this procedural posture.

Respectfully submitted,

Dated: October 31, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney

Dated: October 31, 2014

/s/ Quin Denvir
QUIN DENVIR
Attorney for Defendant

SO ORDERED.

Dated: October 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE