1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         CASE NO. 2:05-CR-306 WBS

12            Plaintiff,             STIPULATION AND [ORDER] TO CONTINUE

13     v.

14 SUNDEEP DHARNI,

15            Defendants.

16

17     Plaintiff and Defendant, by their attorneys, stipulate and agree that the Court should continue the

18 status conference in this case to January 12, 2015 at 9:00 a.m.. The parties are in the process of

19 exploring ways to obviate the need for an evidentiary hearing in this case and require additional time to

20 complete the process. The Government has met with Pretrial Services and reviewed records, the

21 defendant has consented to the disclosure of his tax return information, and the parties are discussing

22 how procedurally to effect a resolution.

23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER TO CONTINUE       1

The parties thus require additional time to complete this process.  There is no need for a Speedy Trial Act exclusion because that statute does not apply in this procedural posture.

                                        Respectfully submitted,

Dated:  December 5, 2014            BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:  /s/ MATTHEW D. SEGAL
                                              MATTHEW D. SEGAL
                                              Assistant United States Attorney

                                             /s/ Quin Denvir
Dated:  December 5, 2014            QUIN DENVIR
                                             Attorney for Defendant

SO ORDERED.

Dated:  December 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE    2