BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:05-cr-306 WBS |
| Plaintiff, | ) |
| | ) **Stipulation and [Proposed] Order to Continue** |
| v. | ) |
| SUNDEEP DHARNI, | ) |
| Defendant. | ) |

Plaintiff and defendant, by their attorneys, stipulate and request that this Court continue the status conference in this case to February 23, 2015 at 9:30 a.m.  The parties have recently filed a joint motion in the Ninth Circuit requesting dismissal of the appeal pursuant to Federal Rule of Appellate Procedure 42(b) and requesting conditional full remand to this Court, toward the end of vacating the convictions, accepting a plea agreement, and resentencing. The parties agree that the status conference should be continued pending the Ninth Circuit's resolution of the joint motion.  There is no need for a Speedy Trial Act exclusion because that statute does not apply in this procedural posture.

| | | |
|---|---|---|
| Dated: January 7, 2015 | | Respectfully submitted, |
| | | /s/ Audrey B. Hemesath |
| | | AUDREY B. HEMESATH |
| | | Assistant U.S. Attorney |

DATED: January 7, 2015           Respectfully submitted,
                                 /s/ Quin Denvir
                                 QUIN DENVIR
                                 Attorney for the Defendant

### ORDER

It is so ordered.

Dated: January 8, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE