UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:10-CV-2934 WBS |
|---|---|
| Plaintiff, | **No. 2:05-CR-0306 WBS** |
| v. | **Court of Appeals No. 11-16438** |
| SUNDEEP DHARNI, | **ORDER** |
| Defendant. | |

----oo0oo----

For the reasons set forth on the record at the hearing on April 6, 2015, this court denies the parties' request to vacate defendant's convictions and impose the stipulated sentence.

Within 7 days from the date of this Order, the parties shall file a report or motion with the Court of Appeals in accordance with its Order of March 10, 2015.

IT IS SO ORDERED.

Dated: April 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1