BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:05-cr-306 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER RE: UNSEALING** |
| | ) | |
| SUNDEEP DHARNI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On October 13, 2015, Sundeep Dharni pleaded guilty pursuant to a written plea agreement. ECF No. 210. The parties respectfully request that the written plea agreement be unsealed, ECF No. 210.

Dated: October 30, 2015            Respectfully submitted,

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: October 30, 2015            Respectfully submitted,

1

/s/ Quin Denvir
QUIN DENVIR
Attorney for the Defendant

ORDER

It is so ordered.

Dated:  November 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE